MATTHEW J. FINK (*pro hac vice*)
RICHARD H. NICOLAIDES, JR (*pro hac vice*)
DANIEL I. GRAHAM, JR. (*pro hac vice*)
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone:  (312) 762-3100
Facsimile:   (312) 762-3200
rnicolaides@batescarey.com
mfink@batescarey.com
dgraham@batescarey.com

KEVIN G. MCCURDY (SBN 115083)
JESSICA L. MEEKS (SBN 203689)
MCCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone:  (650) 618-3500
Facsimile:   (650) 618-3599
Kevin.McCurdy@ McCurdyLawyers.com
Jessica.Meeks@McCurdyLawyers.com

Attorneys for Plaintiffs/Counterclaim Defendants
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA and AIU INSURANCE COMPANY

DAVID B. GOODWIN (SBN 104469)
ESTA L. BRAND (SBN 83329)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
David.Goodwin@hellerehrman.com

Attorneys for Defendant/Counterclaimant
NATIONAL SEMICONDUCTOR CORPORATION

**E-filed 7/13/05**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AIU INSURANCE COMPANY, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> NATIONAL SEMICONDUCTOR CORPORATION, <br><br> Defendant/Counterclaimant. | CASE NO.:  5:05-CV-407 JF <br><br> **STIPULATION AND ]** <br> **ORDER SELECTING ADR PROCESS** <br><br> **The Honorable Jeremy Fogel** |

175024

BATES & CAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4  **Private Process**:
5  Private ADR/mediation with a provider to be determined.
6  The parties agree to hold the ADR session by:
7  The presumptive deadline, (i.e., 90 days from the date of entry of the Court's Order
8  Selecting ADR Process).

DATED: July 8, 2005        BATES & CAREY LLP

By  /s/ Daniel I. Graham, Jr.

DANIEL I. GRAHAM, JR.
Attorneys for Plaintiffs-
Counterclaim Defendants
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA and AIU
INSURANCE COMPANY

DATED: July 8, 2005        HELLER EHRMAN WHITE & MCAULIFFE LLP

By  /s/ David B. Goodwin

DAVID B. GOODWIN
Attorneys for Defendant-
Counterclaimant
NATIONAL SEMICONDUCTOR
CORPORATION

I hereby attest that I have been authorized by David B. Goodwin to execute on his behalf this Stipulation and [Proposed] Order Selecting ADR Process, and that this attestation is executed this 8th day of July 2005, at Chicago, Illinois.

By  /s/ Daniel I. Graham, Jr.
DANIEL I. GRAHAM, JR.

175024

BATES & CAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100

## [PROPOSED] ORDER

**Pursuant to the Stipulation above, the captioned matter is hereby referred to:**

**Private ADR**

**Deadline for ADR session:**

**90 days from the date of this order.**

Dated: 7/13/05

Judge Jeremy Fogel/s/electronis signature authorized
_____
UNITED STATES DISTRICT COURT JUDGE

BATES & CAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
(312) 762-3100

175024