DAVID B. GOODWIN (SBN 104469)
ESTA L. BRAND (SBN 83329)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
David.Goodwin@hellerehrman.com
Esta.Brand@hellerehrman.com

\*\*E-filed 10/26/05\*\*

Attorneys for Defendant
NATIONAL SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AIU INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SEMICONDUCTOR CORPORATION,<br><br>Defendant. | Case No.: C 05 00407 JF (PVT)<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Jeremy Fogel |

Pursuant to Local Civil Rules 6-1(b) and 6-2, plaintiffs National Union Fire Insurance Company and AIU Insurance Company and defendant National Semiconductor Corporation, by and through their respective counsel, hereby stipulate that the case management conference presently scheduled for November 18, 2005 at 9:00 a.m. shall be moved to December 2, 2005 at 10:30 a.m.

1

| | | |
|---|---|---|
| 1 | DATED: October 25, 2005 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | By *Esta Brand* |
| 4 | | ESTA L. BRAND |
| 5 | | Attorneys for Defendant |
| 6 | | NATIONAL SEMICONDUCTOR CORPORATION |
| 7 | | |
| 8 | DATED: October 25, 2005 | BATES & CAREY LLP |
| 9 | | |
| 10 | | By *Esta Brand* |
| 11 | | *for* DANIEL I. GRAHAM, JR. |
| 12 | | Attorneys for Plaintiffs |
| 13 | | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND AIU INSURANCE COMPANY |

I hereby attest that I have been authorized by Daniel I. Graham, Jr. to execute on his behalf this Stipulation to Continue Case Management Conference and that this attestation is executed this 25th day of October 2005, at San Francisco, California.

By *Esta Brand*
ESTA L. BRAND

Pursuant to stipulation, it is so ordered.

Dated: 10/26/05    Jeremy Fogel /s/electronic signature authorized
DISTRICT COURT JUDGE

2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CASE NO. C-05-02499-JF