KEVIN G. MCCURDY (SBN 115083)
MCCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
kevin.mccurdy@ mccurdylawyers.com

\*\*E-filed 1/5/06\*\*

MATTHEW J. FINK (*pro hac vice*)
RICHARD H. NICOLAIDES, JR (*pro hac vice*)
DANIEL I. GRAHAM, JR. (*pro hac vice*)
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
mfink@batescarey.com
rnicolaides@batescarey.com
dgraham@batescarey.com

Attorneys for Plaintiffs/Counterclaim Defendants
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA and AIU INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AIU INSURANCE COMPANY, <br><br> Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> NATIONAL SEMICONDUCTOR CORPORATION, <br><br> Defendant/Counterclaimant | CASE NO.: 5:05-CV-407 JF <br><br> **STIPULATED ORDER RE DISMISSAL** <br><br> **The Honorable Jeremy Fogel** |

   It is hereby stipulated and agreed by and between the attorneys for the parties to the above-captioned action that the matter shall be dismissed with prejudice in its entirety, with each party bearing its own costs and fees.

186868v.1

STIPULATED ORDER RE: DISMISSAL

| | |
|---|---|
| DATED: January 4, 2006 | BATES & CAREY LLP |

By: /s/ Daniel I. Graham, Jr.
Daniel I. Graham, Jr.
Attorneys for Plaintiffs/Counterclaim Defendants
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AIU INSURANCE COMPANY

DATED: January 4, 2006       HELLER EHRMAN LLP

By: /s/ David B. Goodwin
David B. Goodwin
Attorneys for Defendant/Counterclaimant
NATIONAL SEMICONDUCTOR CORPORATION

I hereby attest that I have been authorized by David B. Goodwin to execute on his behalf this Stipulated Order Re: Dismissal, and that this attestation is executed this 4th day of January 2006, at Chicago, Illinois.

By      /s/ Daniel I. Graham, Jr.
DANIEL I. GRAHAM, JR.

IT IS SO ORDERED.

DATED:  1/5/06

Jeremy Fogel /s/electronic signature authorized
JUDGE OF THE UNITED STATES DISTRICT COURT

186868v.1

STIPULATED ORDER RE: DISMISSAL